July 27, 2015



# JUDGMENT

## The Fourteenth Court of Appeals

SABRINA TAYLOR, Appellant

NO. 14-13-00731-CV      V.

THE HARTFORD INSURANCE COMPANY OF THE MIDWEST, Appellee

_____

   This cause, an appeal from the judgment in favor of appellee, The Hartford Insurance Company of the Midwest, signed, August 2, 2013, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

   We order appellant, Sabrina Taylor to pay all costs incurred in this appeal.

   We further order this decision certified below for observance.